IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA,        :
                            :

        v.                  :       Case No. 7:19MJ00142
                            :

CHARLES ROBERT CUNNINGHAM   :

### MOTION TO WITHDRAW AS COUNSEL

The federal public defender hereby moves to withdraw as counsel for Charles Robert Cunningham and avers as follows:

due to a conflict with representation of another client.

1. Mr. Cunningham stands charged by way of criminal complaint with possession of a firearm by a felon in the United States unlawfully, in violation of 18 USC Section 922(g)(5).

2. A detention hearing is scheduled for November 1, 2019.

3. The Federal Defender's Office (FDO) learned today that it currently represents a potential witness against Mr. Cunningham.

Wherefore, the Federal Defender moves that he be released from representing Mr. Cunningham and that new counsel be appointed.

Respectfully submitted,

By: s/ Monica D. Cliatt

Monica D. Cliatt, Esquire
Pennsylvania State Bar No. 84848
Federal Public Defender's Office
210 First Street  SW, Room 400
Roanoke, Virginia  24011
Ph. (540) 777-0880; Fax (540) 777-0890
*Counsel for Charles Robert Cunningham*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October 2019, I served the foregoing Motion to Withdraw as Counsel upon the United States Attorney's Office, P.O. Box 1709, Roanoke, VA 24008-1709  by electronic filing and I caused the original thereof to be filed electronically with Julia Dudley, Clerk, United States District Court, 210 Franklin Road, S.W. Roanoke, VA 24011.

By: /s/Monica D. Cliatt
Monica D. Cliatt